Case: 3:08-cv-00017-bbc   Document #: 12   Filed: 04/03/2008   Page 1 of 1

Doc. 12

# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

LARRY SPENCER,

    Petitioner,

v.

STATE OF WISCONSIN, STUART SCHWARTZ and NEW LISBON CORRECTIONAL INSTITUTION,

    Respondents.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-017-bbc

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

**This case is dismissed against respondents.**

THERESA M. OWENS

Theresa M. Owens, Clerk

/s/ M. Hardin

by Deputy Clerk

_____4/3/08_____

Date