# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

LARRY SPENCER ,

    Petitioner,

v.

STATE OF WISCONSIN, STUART SCHWARTZ and NEW LISBON CORRECTIONAL INSTITUTION,

    Respondents.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-017-bbc

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondents.

THERESA M. OWENS
_____
Theresa M. Owens, Clerk

/s/ M. Hardin
_____
by Deputy Clerk

_____4/3/08_____
Date